-PROB 12
REVISED (05/90)

FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT

05 MAY -2 AM 9:33

for

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W/D TN, MEMPHIS

## WESTERN DISTRICT OF TENNESSEE

U.S.A. vs. __TERRANCE STEVENSON__                Docket No. __2:02CR20058-11__

### Petition on Probation and Supervised Release

**COMES NOW** _Christy J. Henson_ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Terrance Stevenson,_ who was placed on supervision by the Honorable _Bernice B. Donald_ sitting in the Court at _Memphis, TN_, on the _20th_ day of _August_, _2002_, who fixed the period of supervision _two (2) years*_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in the Home Detention program for a period of five (5) months. (Completed)

2. The defendant shall seek and maintain employment.

3. The defendant shall pay restitution in the amount of $7,750.00. (Balance : $7,370.00)

\*       **Supervised Release began on June 11, 2003.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As of April 18, 2005, Mr. Stevenson has paid $380.00 towards his Court ordered obligation leaving an outstanding balance of $7,370.00. Mr. Stevenson has been unable to satisfy his financial obligation due to periods of unemployment and extreme financial difficulties. However, on April 18, 2005, Mr. Stevenson signed an Authorization for Automatic Payroll Deduction with the U.S. Attorney Financial Litigation Unit and agreed to have Twenty-Five Dollars ($25.00) per week deducted from his wages.

**PRAYING THAT THE COURT WILL ORDER** that Terrance Stevenson be allowed to end his term of Supervised Release with the understanding that the U.S. Attorney's Office will be responsible for the continued collection of the restitution.

**ORDER OF COURT**

Considered and ordered this _2nd_ day of _May_, _2005_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _5/3/05_

Respectfully,

_Christy J. Henson_
Christy J. Henson
United States Probation Officer

Place: _Memphis, TN_

Date: _April 19, 2005_



# Notice of Distribution

This notice confirms a copy of the document docketed as number 601 in case 2:02-CR-20058 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
1374 Madison Ave.
Memphis, TN 38104

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Ste. 242
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT